# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DANIEL VENDL, | Case No. 2:19-cv-00672-APG-GWF |
| Plaintiff, | |
| v. | **ORDER SCHEDULING EARLY NEUTRAL EVALUATION** |
| DIAMOND RESORTS INTERNATIONAL MARKETING, INC., et al., | |
| Defendants. | |

Due to a conflict in the court's calendar, the Early Neutral Evaluation ("ENE") set for July 26, 2019, at 8:30 a.m. is VACATED. I no longer have any available dates to conduct an ENE before my retirement on August 4, 2019. Accordingly, this ENE will be conducted by my successor on **Wednesday, August 28, 2019**. Plaintiff must report to my successor's chambers at 8:30 a.m. Defendant must report to my successor's chambers at 9:00 a.m. The parties' confidential briefs are due to my successor's chambers by 4:00 p.m. on August 21, 2019. All other provisions of the court's original scheduling order (ECF No. 8) remain in effect.

IT IS SO ORDERED.

DATED: June 20, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE